# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888

http://www.jpml.uscourts.gov

September 8, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando Fl, 32801

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation (CTO-64)
Re: MDL-1769 -- In re Seroquel Products Liability Litigation (CTO-6)

Dear Clerks:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on August 23, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By

Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge:        Judge Jack B. Weinstein
    Transferor Judges:       (See Attached List of Judges)
    Transferor Clerks:       (See Attached List of Clerks)

JPML Form 36

# INVOLVED COUNSEL LIST (CTO-64)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

# INVOLVED COUNSEL LIST (CTO-6)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue
27th Floor
New York, NY 10167

Allen D. Allred
Thompson & Coburn
One US Bank Plaza
Suite 3500
St. Louis, MO 63101

Catherine V. Barrad
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Joseph F. Callahan
Baker & Sterchi, L.L.C.
1010 Market Street
Suite 950
St. Louis, MO 63101

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

J Thaddeus Eckenrode
Eckenrode-Maupin
8000 Maryland Avenue
Suite 1300
St. Louis, MO 63105

Kenneth T. Fibich
Fibich, Hampton & Leebron, LLP
Five Houston Center
1401 McKinney Street
Suite 1800
Houston, TX 77010

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Todd S. Hageman
Simon & Passanante, P.C.
701 Market Street
Suite 1450
St. Louis, MO 63101

Katherine Hihath
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108

Jeffrey A. Kaiser
Levin Simes Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104

Jennifer S. Kingston
Bryan Cave, LLP
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Benjamin A. Krass
Law Offices of Matthew F. Pawa, P.C.
1280 Centre Street
Suite 230
Newton, MA 02459

John F. Kuckelman, II
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Justin Ma
Sidley, Austin, LLP
555 West 5th Street
Suite 4000
Los Angeles, CA 90013-1010

Kristen Shea McLean
Ropes & Gray, LLP
One International Place
Boston, MA 02110

Elizabeth Raines
Baker, Sterchi, Cowden & Rice, LLC
2400 Pershing Road
Suite 500
Kansas City, MO 64108-2504

Andrew Bruce See
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102-4573

James M. Woods
Reed Smith , LLP
1999 Harrison Street
22nd Floor
Oakland, CA 94612-3572

# INVOLVED JUDGES LIST (CTO-64)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

# INVOLVED JUDGES LIST (CTO-6)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

Hon. Saundra Brown Armstrong
U.S. District Judge
390-C Ronald V. Dellums Federal Building
1301 Clay Street
Oakland, CA 94612-5217

Hon. Nancy Gertner
U.S. District Judge
4130 U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Hon. Carol E. Jackson
Chief Judge, U.S. District Court
14N Thomas F. Eagleton U.S. Courthouse
111 South Tenth St., 14th Floor
St. Louis, MO 63102-1116

Hon. John T. Maughmer
U.S. Magistrate Judge
7662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Mary Ann L. Medler
U.S. Magistrate Judge
U.S. District Court
13S Thomas F. Eagleton U.S. Courthouse
St. Louis, MO 63102-1116

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
P.O. Box 36060
San Francisco, CA 94102-3661

Hon. Catherine D. Perry
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 14th Floor
St. Louis, MO 63102-9958

Hon. Charles A. Shaw
U.S. District Judge
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 12th Floor
St. Louis, MO 63102-9958

Hon. Rodney W. Sippel
U.S. District Judge
10S Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Hon. Ortrie D. Smith
U.S. District Judge
7652 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Dean Whipple
Chief Judge, U.S. District Court
Charles Evans Whittaker U.S. Courthouse
8th Floor
400 East Ninth Street
Kansas City, MO 64106

# INVOLVED CLERKS LIST (CTO-64)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

# INVOLVED CLERKS LIST (CTO-6)
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

~~Richard W. Wieking, Clerk~~
~~400-S Ronald V. Dellums Federal Building~~
~~1301 Clay Street~~
~~Oakland, CA 94612-5212~~

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. Courthouse
595 Main Street
Worcester, MA 01608

A CERTIFIED TRUE COPY

SEP - 8 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 3 2006

FILED
CLERK'S OFFICE

*DOCKET NOS. 1596 AND 1769*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*MDL-1596 -- IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION*
*MDL-1769 -- IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*MDL-1596 CONDITIONAL TRANSFER ORDER (CTO-64)*
*WITH SEPARATION, REMAND AND*
*MDL-1769 CONDITIONAL TRANSFER ORDER (CTO-6)*

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,180 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

On July 6, 2006, the Panel transferred 92 civil actions to the United States District Court for the Middle District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 206 F.Supp.2d 1365 (J.P.M.L. 2006). Since that time, 18 additional actions have been transferred to the Middle District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Anne C. Conway.

It appears that the actions on this conditional transfer order involve questions of fact that are common to: 1) the actions in MDL-1596 previously transferred to the Eastern District of New York and assigned to Judge Weinstein; and 2) the actions in MDL-1769 previously transferred to the Middle District of Florida and assigned to Judge Conway. Each of these actions comprises two sets of claims, as follows: 1) claims relating to the prescription drug Zyprexa, which involve common questions of fact with the previously transferred MDL-1596 actions; and 2) claims relating to the prescription drug Seroquel, which involve common questions of fact with the previously transferred MDL-1769 actions.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the MDL-1596 transfer order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

The claims in each action relating to Seroquel are hereby separated and remanded under 28 U.S.C. § 1407(a), to their respective transferor courts.



Inasmuch as no objection is
pending at this time, the
stay is lifted.

SEP - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Seroquel actions are transferred under 28 U.S.C. § 1407 to the Middle District of Florida for the reasons stated in the MDL-1769 transfer order of July 6, 2006, and, with the consent of that court, assigned to the Honorable Anne C. Conway.

This order does not become effective until it is filed in the offices of i) the Clerk of the United States District Court for the Eastern District of New York, and ii) the Clerk of the United States District Court for the Middle District of Florida. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-64 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS
## DOCKET NO. 1769
## IN RE SEROQUEL PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-1329 | James R. Reardon v. AstraZeneca Pharmaceuticals, LP, et al. |
| ~~CAN 4 06-1850~~ | ~~Philippe Clavel Ocan, et al. v. AstraZeneca Pharmaceuticals, LP, et al.~~ Vacated 8/31/06 |
| | |
| **MASSACHUSETTS** | |
| MA 1 06-10730 | Jamie Abad, et al. v. AstraZeneca LP, et al. |
| | |
| **MISSOURI EASTERN** | |
| MOE 4 06-1084 | Billie Lambert v. Eli Lilly & Co., et al. |
| MOE 4 06-1085 | Charles Harper v. Eli Lilly & Co., et al. |
| MOE 4 06-1086 | Timothy Gansner v. Eli Lilly & Co., et al. |
| MOE 4 06-1087 | Noe Benevidez v. Eli Lilly & Co., et al. |
| MOE 4 06-1090 | Cathy Guldan v. Eli Lilly & Co., et al. |
| MOE 4 06-1091 | Mark Frike v. Eli Lilly & Co., et al. |
| | |
| **MISSOURI WESTERN** | |
| MOW 4 06-543 | Nancy Daniels v. Eli Lilly & Co., et al. |
| MOW 4 06-558 | Mia Lewis v. Eli Lilly & Co., et al. |
| MOW 6 06-3262 | Larry Burns v. Eli Lilly & Co., et al. |
| MOW 6 06-3263 | James Dale Baker v. Eli Lilly & Co., et al. |